# EXHIBIT A

## Alien Books

| STOCK CODE | DESC_1 | VENDOR_NO | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUMOFONHAND_QTY |
|---|---|---|---|---|---|---|
| STL315438 | KINRYO ROCK CODE AMRITA GN VOL | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 1,558 |
| STL310515 | KINRYO ROCK GN VOL 00 (OF 4) M | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 1,407 |
| STL298215 | VALIANT UNIVERSE HERO ORIGINS | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 1,357 |
| STL327429 | VALIANT UNIVERSE HERO ORIGINS | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 1,255 |
| STL327436 | VALIANT UNIVERSE HERO ORIGINS | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 1,217 |
| STL327434 | VALIANT UNIVERSE HERO ORIGINS | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 1,172 |
| STL304086 | VALIANT UNIVERSE HERO ORIGINS | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 1,133 |
| STL323491 | VALIANT UNIVERSE HERO ORIGINS | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 1,090 |
| STL315436 | CIRUELO LORD OF DRAGONS BOOK O | 3699 | ALIEN BOOKS | 4 | BOOKS - NOVELS/SF/HORROR | 1,082 |
| STL310516 | MOMO LEGENDARY WARRIOR GN VOL | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 1,078 |
| STL327427 | KINRYO ROCK CODE AMRITA GN VOL | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 1,077 |
| STL339781 | KINRYO ROCK CODE AMRITA GN VOL | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 1,018 |
| STL310514 | KERBEROS IN SILVER RAIN GN VOL | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 958 |
| STL363976 | BLACK WHITE & BLOODSHOT HC (MR | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 853 |
| STL358079 | DAMAGED PEOPLE TP (OCT247735) | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 833 |
| STL311672 | PUNK MAMBO PUNK WITCH PROJECT | 3699 | ALIEN BOOKS | 1 | COMICS | 781 |
| STL315435 | BLOODSHOT UNLEASHED HC (C: 0-1 | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 630 |
| STL310513 | ENDROLL BACK GN VOL 03 (OF 3) | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 608 |
| STL321292 | ASTRO BIOLOGIST PRATESS GN (C: | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 593 |
| STL298214 | ETERNAL WARRIOR SCORCHED EARTH | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 560 |
| STL339784 | X-O MANOWAR INVICTUS HC (C: 0- | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 552 |
| STL352411 | BLACK STAR GN CVR A OLIVETTI | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 548 |
| STL298211 | BLOODSHOT BLOOD OF HEROES TP ( | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 520 |
| STL298220 | NINJAK SUPERKILLERS HC (C: 0-1 | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 520 |
| STL304085 | FAKE REBELLION GN VOL 02 (MR) | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 512 |
| STL298212 | CIRUELO LORD DRAGONS FAIRIES & | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 510 |
| STL299285 | NINJAK SUPERKILLERS #2 | 3699 | ALIEN BOOKS | 1 | COMICS | 486 |
| STL304084 | ENDROLL BACK GN VOL 02 (MR) (C | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 477 |
| STL318421 | NINJAK VS ROKU #1 (OF 4) CVR A | 3699 | ALIEN BOOKS | 1 | COMICS | 443 |
| STL327428 | VALIANT UNIVERSE HERO ORIGINS | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 407 |
| STL327203 | ARCHER & ARMSTRONG ASSASSIN NA | 3699 | ALIEN BOOKS | 1 | COMICS | 382 |
| STL298223 | VALIANT CLASSICS ARCHER & ARMS | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 379 |
| STL296442 | BOOK OF SHADOWS HC (C: 0-1-2) | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 378 |
| STL331645 | RESURGENCE #1 (OF 4) CVR A FAJ | 3699 | ALIEN BOOKS | 1 | COMICS | 377 |
| STL327209 | VALIANTS (2024) #4 (OF 4) CVR | 3699 | ALIEN BOOKS | 1 | COMICS | 373 |
| STL327198 | X-O MANOWAR INVICTUS #4 (OF 4) | 3699 | ALIEN BOOKS | 1 | COMICS | 365 |
| STL315217 | BLOODSHOT UNLEASHED RELOADED # | 3699 | ALIEN BOOKS | 1 | COMICS | 337 |
| STL327431 | VALIANT UNIVERSE HERO ORIGINS | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 335 |
| STL310517 | MOMO LEGENDARY WARRIOR GN VOL | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 324 |
| STL323489 | X-O MANOWAR INVICTUS #3 (OF 4) | 3699 | ALIEN BOOKS | 1 | COMICS | 323 |
| STL298225 | ZERO POINT TP (C: 0-1-2) | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 322 |
| STL315234 | X-O MANOWAR INVICTUS #1 (OF 4) | 3699 | ALIEN BOOKS | 1 | COMICS | 321 |
| STL327433 | VALIANT UNIVERSE HERO ORIGINS | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 320 |
| STL298218 | MOMO LEGENDARY WARRIOR GN VOL | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 315 |
| STL296441 | ETERNAL WARRIOR CLASSIC OMNIBU | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 299 |
| STL327432 | VALIANT UNIVERSE HERO ORIGINS | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 289 |
| STL327219 | NINJAK VS ROKU #3 (OF 4) CVR A | 3699 | ALIEN BOOKS | 1 | COMICS | 286 |
| STL318415 | RAI BOOK OF DARQUE #2 (OF 2) C | 3699 | ALIEN BOOKS | 1 | COMICS | 282 |
| STL323475 | DARQUES SOULSIDE #1 (OF 2) CVR | 3699 | ALIEN BOOKS | 1 | COMICS | 278 |
| STL306343 | BLOODSHOT UNLEASHED RELOADED # | 3699 | ALIEN BOOKS | 1 | COMICS | 255 |

| STOCK CODE | DESC_1 | VENDOR_NO | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUMOFONHAND_QTY |
|---|---|---|---|---|---|---|
| STL323477 | ETERNAL WARRIORS LAST RIDE IMM | 3699 | ALIEN BOOKS | 1 | COMICS | 238 |
| STL335904 | RESURGENCE #2 (OF 4) CVR A DI | 3699 | ALIEN BOOKS | 1 | COMICS | 237 |
| STL335858 | SHADOWMAN & PUNK MAMBO TALES O | 3699 | ALIEN BOOKS | 1 | COMICS | 237 |
| STL335917 | ETERNAL WARRIOR RESURGENCE ONE | 3699 | ALIEN BOOKS | 1 | COMICS | 234 |
| STL323750 | I DRAGON GN VOL 01 (OF 3) CVR | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 228 |
| STL315218 | FAITH RETURNS #1 (OF 2) CVR A | 3699 | ALIEN BOOKS | 1 | COMICS | 226 |
| STL296438 | X-O MANOWAR UNCONQUERED #4 CVR | 3699 | ALIEN BOOKS | 1 | COMICS | 225 |
| STL323485 | VALIANTS (2024) #3 (OF 4) CVR | 3699 | ALIEN BOOKS | 1 | COMICS | 221 |
| STL327222 | DAMAGED PEOPLE #1 (OF 4) CVR A | 3699 | ALIEN BOOKS | 1 | COMICS | 214 |
| STL318417 | VALIANTS (2024) #2 (OF 4) CVR | 3699 | ALIEN BOOKS | 1 | COMICS | 209 |
| STL296428 | NINJAK SUPERKILLERS #1 | 3699 | ALIEN BOOKS | 1 | COMICS | 205 |
| STL327435 | VALIANT UNIVERSE HERO ORIGINS | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 194 |
| STL327215 | ETERNAL WARRIORS LAST RIDE IMM | 3699 | ALIEN BOOKS | 1 | COMICS | 193 |
| STL331824 | BLACK WHITE & BLOODSHOT #1 (OF | 3699 | ALIEN BOOKS | 1 | COMICS | 186 |
| STL298217 | KERBEROS IN SILVER RAIN GN VOL | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 180 |
| STL340209 | SHADOWMAN SOUL EATERS #2 (OF 4 | 3699 | ALIEN BOOKS | 1 | COMICS | 176 |
| STL318413 | FAITH RETURNS #2 (OF 2) CVR A | 3699 | ALIEN BOOKS | 1 | COMICS | 176 |
| STL298221 | VALIANT CLASSICS COLL NINJAK 7 | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 164 |
| STL327430 | VALIANT UNIVERSE HERO ORIGINS | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 152 |
| STL327210 | VALIANTS (2024) #4 (OF 4) CVR | 3699 | ALIEN BOOKS | 1 | COMICS | 150 |
| STL340193 | RESURGENCE X-O MANOWAR ONE SHO | 3699 | ALIEN BOOKS | 1 | COMICS | 145 |
| STL306344 | BLOODSHOT UNLEASHED RELOADED # | 3699 | ALIEN BOOKS | 1 | COMICS | 140 |
| STL340202 | RESURGENCE #3 (OF 4) CVR A FAJ | 3699 | ALIEN BOOKS | 1 | COMICS | 138 |
| STL315437 | KERBEROS IN SILVER RAIN GN VOL | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 135 |
| STL327207 | ARCHER & ARMSTRONG ASSASSIN NA | 3699 | ALIEN BOOKS | 1 | COMICS | 135 |
| STL298224 | X-O UNCONQUERED HC (C: 0-1-2) | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 135 |
| STL331820 | NINJAK VS ROKU #4 (OF 4) CVR A | 3699 | ALIEN BOOKS | 1 | COMICS | 134 |
| STL331647 | RESURGENCE #1 (OF 4) CVR B ALE | 3699 | ALIEN BOOKS | 1 | COMICS | 132 |
| STL299286 | X-O MANOWAR UNCONQUERED #5 CVR | 3699 | ALIEN BOOKS | 1 | COMICS | 132 |
| STL335877 | SHADOWMAN SOUL EATERS #1 (OF 4 | 3699 | ALIEN BOOKS | 1 | COMICS | 129 |
| STL327223 | DAMAGED PEOPLE #1 (OF 4) CVR B | 3699 | ALIEN BOOKS | 1 | COMICS | 127 |
| STL318419 | X-O MANOWAR INVICTUS #2 (OF 4) | 3699 | ALIEN BOOKS | 1 | COMICS | 121 |
| STL323476 | DARQUES SOULSIDE #1 (OF 2) CVR | 3699 | ALIEN BOOKS | 1 | COMICS | 113 |
| STL352415 | BLACK STAR GN CVR B GIMENEZ | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 112 |
| STL315235 | X-O MANOWAR INVICTUS #1 (OF 4) | 3699 | ALIEN BOOKS | 1 | COMICS | 112 |
| STL323481 | NINJAK VS ROKU #2 (OF 4) CVR A | 3699 | ALIEN BOOKS | 1 | COMICS | 105 |
| STL318423 | NINJAK VS ROKU #1 (OF 4) CVR B | 3699 | ALIEN BOOKS | 1 | COMICS | 104 |
| STL315229 | VALIANTS (2024) #1 (OF 4) CVR | 3699 | ALIEN BOOKS | 1 | COMICS | 103 |
| STL323486 | VALIANTS (2024) #3 (OF 4) CVR | 3699 | ALIEN BOOKS | 1 | COMICS | 102 |
| STL323490 | X-O MANOWAR INVICTUS #3 (OF 4) | 3699 | ALIEN BOOKS | 1 | COMICS | 101 |
| STL331816 | ARCHER & ARMSTRONG ASSASSIN NA | 3699 | ALIEN BOOKS | 1 | COMICS | 100 |
| STL311676 | BLOODSHOT UNLEASHED RELOADED # | 3699 | ALIEN BOOKS | 1 | COMICS | 100 |
| STL315228 | VALIANTS (2024) #1 (OF 4) CVR | 3699 | ALIEN BOOKS | 1 | COMICS | 97 |
| STL296439 | X-O MANOWAR UNCONQUERED #4 CVR | 3699 | ALIEN BOOKS | 1 | COMICS | 92 |
| STL301561 | X-O MANOWAR UNCONQUERED PRESTI | 3699 | ALIEN BOOKS | 1 | COMICS | 92 |
| STL323478 | ETERNAL WARRIORS LAST RIDE IMM | 3699 | ALIEN BOOKS | 1 | COMICS | 88 |
| STL327220 | NINJAK VS ROKU #3 (OF 4) CVR B | 3699 | ALIEN BOOKS | 1 | COMICS | 84 |
| STL315219 | FAITH RETURNS #1 (OF 2) CVR B | 3699 | ALIEN BOOKS | 1 | COMICS | 84 |
| STL301559 | MACHINE GIRL & SPACE HELL ENGE | 3699 | ALIEN BOOKS | 1 | COMICS | 84 |
| STL301557 | X-O MANOWAR UNCONQUERED #6 CVR | 3699 | ALIEN BOOKS | 1 | COMICS | 82 |
| STL345343 | RESURGENCE #4 (OF 4) CVR A BAL | 3699 | ALIEN BOOKS | 1 | COMICS | 79 |
| STL331648 | RESURGENCE #1 (OF 4) CVR C RYP | 3699 | ALIEN BOOKS | 1 | COMICS | 79 |
| STL323482 | NINJAK VS ROKU #2 (OF 4) CVR B | 3699 | ALIEN BOOKS | 1 | COMICS | 79 |
| STL335934 | DAMAGED PEOPLE #3 (OF 4) CVR A | 3699 | ALIEN BOOKS | 1 | COMICS | 78 |
| STL335905 | RESURGENCE #2 (OF 4) CVR B CAB | 3699 | ALIEN BOOKS | 1 | COMICS | 77 |
| STL315224 | RAI BOOK OF DARQUE #1 (OF 2) C | 3699 | ALIEN BOOKS | 1 | COMICS | 77 |
| STL311671 | PUNK MAMBO PUNK WITCH PROJECT | 3699 | ALIEN BOOKS | 1 | COMICS | 74 |

56216728.1

| STOCK CODE | DESC_1 | VENDOR_NO | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUMOFONHAND_QTY |
|---|---|---|---|---|---|---|
| STL327216 | ETERNAL WARRIORS LAST RIDE IMM | 3699 | ALIEN BOOKS | 1 | COMICS | 70 |
| STL331800 | RESURGENCE #1 (OF 4) CVR D ALE | 3699 | ALIEN BOOKS | 1 | COMICS | 69 |
| STL318416 | RAI BOOK OF DARQUE #2 (OF 2) C | 3699 | ALIEN BOOKS | 1 | COMICS | 68 |
| STL331831 | BLACK WHITE & BLOODSHOT #1 (OF | 3699 | ALIEN BOOKS | 1 | COMICS | 66 |
| STL323479 | ETERNAL WARRIORS LAST RIDE IMM | 3699 | ALIEN BOOKS | 1 | COMICS | 66 |
| STL327199 | X-O MANOWAR INVICTUS #4 (OF 4) | 3699 | ALIEN BOOKS | 1 | COMICS | 65 |
| STL345352 | BLACK WHITE & BLOODSHOT #4 (OF | 3699 | ALIEN BOOKS | 1 | COMICS | 63 |
| STL335920 | ETERNAL WARRIOR RESURGENCE ONE | 3699 | ALIEN BOOKS | 1 | COMICS | 63 |
| STL318424 | NINJAK VS ROKU #1 (OF 4) CVR C | 3699 | ALIEN BOOKS | 1 | COMICS | 61 |
| STL340194 | RESURGENCE X-O MANOWAR ONE SHO | 3699 | ALIEN BOOKS | 1 | COMICS | 60 |
| STL318414 | FAITH RETURNS #2 (OF 2) CVR B | 3699 | ALIEN BOOKS | 1 | COMICS | 58 |
| STL335864 | SHADOWMAN & PUNK MAMBO TALES O | 3699 | ALIEN BOOKS | 1 | COMICS | 56 |
| STL301558 | X-O MANOWAR UNCONQUERED #6 CVR | 3699 | ALIEN BOOKS | 1 | COMICS | 56 |
| STL318420 | X-O MANOWAR INVICTUS #2 (OF 4) | 3699 | ALIEN BOOKS | 1 | COMICS | 55 |
| STL331801 | RESURGENCE #1 (OF 4) CVR E RYP | 3699 | ALIEN BOOKS | 1 | COMICS | 55 |
| STL327228 | DARQUES SOULSIDE #2 (OF 2) CVR | 3699 | ALIEN BOOKS | 1 | COMICS | 54 |
| STL340203 | RESURGENCE #3 (OF 4) CVR B BAL | 3699 | ALIEN BOOKS | 1 | COMICS | 54 |
| STL340215 | DAMAGED PEOPLE #4 (OF 4) CVR A | 3699 | ALIEN BOOKS | 1 | COMICS | 53 |
| STL335906 | RESURGENCE #2 (OF 4) CVR C ALE | 3699 | ALIEN BOOKS | 1 | COMICS | 53 |
| STL315236 | X-O MANOWAR INVICTUS #1 (OF 4) | 3699 | ALIEN BOOKS | 1 | COMICS | 53 |
| STL331834 | BLACK WHITE & BLOODSHOT #1 (OF | 3699 | ALIEN BOOKS | 1 | COMICS | 52 |
| STL331805 | RESURGENCE #1 (OF 4) CVR G 25 | 3699 | ALIEN BOOKS | 1 | COMICS | 52 |
| STL315225 | RAI BOOK OF DARQUE #1 (OF 2) C | 3699 | ALIEN BOOKS | 1 | COMICS | 51 |
| STL301560 | MACHINE GIRL & SPACE HELL ENGE | 3699 | ALIEN BOOKS | 1 | COMICS | 50 |
| STL335887 | SHADOWMAN SOUL EATERS #1 (OF 4 | 3699 | ALIEN BOOKS | 1 | COMICS | 49 |
| STL318425 | NINJAK VS ROKU #1 (OF 4) CVR D | 3699 | ALIEN BOOKS | 1 | COMICS | 49 |
| STL335888 | SHADOWMAN SOUL EATERS #1 (OF 4 | 3699 | ALIEN BOOKS | 1 | COMICS | 47 |
| STL318412 | BLOODSHOT UNLEASHED RELOADED # | 3699 | ALIEN BOOKS | 1 | COMICS | 46 |
| STL335865 | SHADOWMAN & PUNK MAMBO TALES O | 3699 | ALIEN BOOKS | 1 | COMICS | 46 |
| STL306342 | BRITANNIA GREAT FIRE OF ROME O | 3699 | ALIEN BOOKS | 1 | COMICS | 46 |
| STL331817 | ARCHER & ARMSTRONG ASSASSIN NA | 3699 | ALIEN BOOKS | 1 | COMICS | 45 |
| STL340204 | RESURGENCE #3 (OF 4) CVR C (X | 3699 | ALIEN BOOKS | 1 | COMICS | 44 |
| STL340195 | RESURGENCE X-O MANOWAR ONE SHO | 3699 | ALIEN BOOKS | 1 | COMICS | 42 |
| STL323487 | VALIANTS (2024) #3 (OF 4) CVR | 3699 | ALIEN BOOKS | 1 | COMICS | 42 |
| STL331821 | NINJAK VS ROKU #4 (OF 4) CVR B | 3699 | ALIEN BOOKS | 1 | COMICS | 41 |
| STL335310 | I DRAGON GN VOL 02 (OF 3) (C: | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 40 |
| STL323751 | I DRAGON GN VOL 01 (OF 3) CVR | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 40 |
| STL345353 | BLACK WHITE & BLOODSHOT #4 (OF | 3699 | ALIEN BOOKS | 1 | COMICS | 40 |
| STL315223 | RAI BOOK OF DARQUE #1 (OF 2) C | 3699 | ALIEN BOOKS | 1 | COMICS | 40 |
| STL348662 | SHADOWMAN SOUL EATERS #4 (OF 4 | 3699 | ALIEN BOOKS | 1 | COMICS | 39 |
| STL340210 | SHADOWMAN SOUL EATERS #2 (OF 4 | 3699 | ALIEN BOOKS | 1 | COMICS | 39 |
| STL335922 | ETERNAL WARRIOR RESURGENCE ONE | 3699 | ALIEN BOOKS | 1 | COMICS | 39 |
| STL323488 | VALIANTS (2024) #3 (OF 4) CVR | 3699 | ALIEN BOOKS | 1 | COMICS | 39 |
| STL335907 | RESURGENCE #2 (OF 4) CVR D DI | 3699 | ALIEN BOOKS | 1 | COMICS | 39 |
| STL331812 | RESURGENCE #1 (OF 4) CVR H 40 | 3699 | ALIEN BOOKS | 1 | COMICS | 37 |
| STL315226 | RAI BOOK OF DARQUE #1 (OF 2) C | 3699 | ALIEN BOOKS | 1 | COMICS | 37 |
| STL315237 | X-O MANOWAR INVICTUS #1 (OF 4) | 3699 | ALIEN BOOKS | 1 | COMICS | 37 |
| STL331803 | RESURGENCE #1 (OF 4) CVR F BLA | 3699 | ALIEN BOOKS | 1 | COMICS | 36 |
| STL319650 | RAI BOOK OF DARQUE #2 (OF 2) C | 3699 | ALIEN BOOKS | 1 | COMICS | 36 |
| STL335867 | SHADOWMAN & PUNK MAMBO TALES O | 3699 | ALIEN BOOKS | 1 | COMICS | 36 |
| STL331813 | RESURGENCE #1 (OF 4) CVR I 50 | 3699 | ALIEN BOOKS | 1 | COMICS | 36 |
| STL319652 | X-O MANOWAR INVICTUS #2 (OF 4) | 3699 | ALIEN BOOKS | 1 | COMICS | 35 |
| STL323752 | I DRAGON GN VOL 01 (OF 3) CVR | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 35 |
| STL327224 | DAMAGED PEOPLE #1 (OF 4) CVR C | 3699 | ALIEN BOOKS | 1 | COMICS | 34 |
| STL335908 | RESURGENCE #2 (OF 4) CVR E CAB | 3699 | ALIEN BOOKS | 1 | COMICS | 34 |
| STL340218 | BLACK WHITE & BLOODSHOT #3 (OF | 3699 | ALIEN BOOKS | 1 | COMICS | 33 |
| STL323480 | ETERNAL WARRIORS LAST RIDE IMM | 3699 | ALIEN BOOKS | 1 | COMICS | 32 |

56216728.1

| STOCK CODE | DESC_1 | VENDOR_NO | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUMOFONHAND_QTY |
|---|---|---|---|---|---|---|
| STL340211 | SHADOWMAN SOUL EATERS #2 (OF 4 | 3699 | ALIEN BOOKS | 1 | COMICS | 30 |
| STL345344 | RESURGENCE #4 (OF 4) CVR B NOB | 3699 | ALIEN BOOKS | 1 | COMICS | 27 |
| STL340212 | SHADOWMAN SOUL EATERS #2 (OF 4 | 3699 | ALIEN BOOKS | 1 | COMICS | 12 |
| STL335902 | BLACK WHITE & BLOODSHOT #2 (OF | 3699 | ALIEN BOOKS | 1 | COMICS | 4 |
| STL348669 | RESURGENCE VALIANT BLOODSHOT O | 3699 | ALIEN BOOKS | 1 | COMICS | 2 |
| STL298216 | FAKE REBELLION GN VOL 01 (OF 2 | 3699 | ALIEN BOOKS | 3 | BOOKS - GRAPHIC NOVELS | 1 |

56216728.1